**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JENNIFER KITZ,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-5564** |
| | : | |
| **MICHAEL D. KITZ, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this 17th day of August, 2026, upon consideration of Plaintiff Jennifer Kitz's Amended Complaint (ECF No. 9) it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Court's Memorandum.
2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

/s/ John R. Padova, J.
**JOHN R. PADOVA, J.**